UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States, )<br>)<br>v. )<br>)<br>Pierre Lewis, )<br>)<br>        Defendant. )<br>_____) | Case: 1:07-mc-00205<br>Assigned To : Kennedy, Henry H.<br>Assign. Date : 5/9/2007<br>Description: Miscellaneous |

NOTICE OF REMOVAL

The Court Services and Offender Supervision Agency for the District of Columbia ("CSOSA"), through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446 and Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995). In support of that notice, the following facts are relied upon:

1. CSOSA is in receipt of a subpoena purportedly issued under authority of the Superior Court of the District of Columbia in a criminal matter now pending in Superior Court of the District of Columbia..

2. Copies of the Subpoena and accompanying correspondence are attached. See Exhibit 1 (Subpoena dated May 8, 2007, and correspondence).

3. The subpoena purports to direct CSOSA to appear on May 9, 2007 at 9:30 a.m., to "bring . . .any and all probation records including but not limited to drug tests, drug test results, psychological evaluations and probation officer's reports for Franklin James, DCDC:233491." Id.

4. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a), 1446 and Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995).

WHEREFORE, this subpoena matter is properly removed from the Superior Court of the District of Columbia, to this Court.

Dated: May 9, 2007.                    Respectfully Submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for CSOSA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 9, 2007, service of the foregoing Notice of Removal of a Civil Action has been made by mailing and faxing copies thereof to:

Brandi Harden
Public Defender Service
633 Indiana Ave., N.W.
Washington, DC  20004
824-2377
fax: 824-2115

John C. Truong
Assistant U.S. Attorney

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2005 FEL 4269 |
| Pierre Lewis, | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Pierre Lewis
      c/o
      Brandi Harden
      Public Defender Service
      633 Indiana Ave., N.W.
      Washington, DC  20004
      824-2377
      fax: 824-2115

PLEASE TAKE NOTE that on May 9, 2007, the Court Services and Offender Supervision Agency for the District of Columbia ("CSOSA"), through counsel, filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned subpoena matter, pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." See 28 U.S.C. § 1446(d).  A copy of the Notice of Removal (and attachments) are attached hereto.

Dated: May 9, 2007.                    Respectfully Submitted,

                                       /s/ Jeffrey A. Taylor
                                       JEFFREY A. TAYLOR, D.C. BAR # 498610
                                       United States Attorney


/s/   Rudolph Contreras
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/  John C. Truong
_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for CSOSA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 9, 2007, service of the foregoing Notice of Filing of Notice of Removal of a Civil Action has been made by mailing and faxing copies thereof to:

Brandi Harden
Public Defender Service
633 Indiana Ave., N.W.
Washington, DC 20004
824-2377
fax: 824-2115

_____
John C. Truong

*In forma Pauperis*

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
### SUBPOENA

*Duces Tecum*

3d party request

murder/arson

UNITED STATES
~~DISTRICT OF COLUMBIA~~

vs.

Pierre Lewis

Case No. 2005 FEL 4269

To: CSOSA; Custodian of Records
633 Indiana Ave NW, 12th Floor

YOU ARE HEREBY COMMANDED:

To appear before the Criminal Division ~~room~~/courtroom J. Gardner of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Center, 555 Fourth Street~~, N.W., Washington, D.C. on the 9th day of May, 2007, at 9:30 a.m./~~p.m.~~ as a witness for the defense

☒ and bring with you any and all probation records including but not limited to drug tests, drug test results, psychological evaluations and probation officer's reports for Franklin James; DCDC: 233491

and do not depart from the Court without leave thereof.

RECVD OGC MAY 8'07 PM 3:33

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this ____ day of _____, 20 ____.

Officer in Charge: Brandi Harden
District: 633 Indiana Ave NW, WDC 20004
Attorney for ~~Government~~/Defendant

Phone No (202) 824-2377 / (202) 824-2115 fax

Clerk, Superior Court of the District of Columbia

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.    Date: 5/8/07    Judge: Wendell P. Gardner

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☒ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| Juliette Tander, Asst Gen. Counsel | |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | |

**REMARKS** | Signature of Title of Server: _____ Investigator

CD-1072/Jan. 00    *U.S. GPO: 2000-520-516/94582



**Court Services and Offender Supervision Agency for the District of Columbia**

*Office of the General Counsel*

May 8, 2007

VIA FACSIMILE – 824-2115

Brandi Harden, Esq.
Public Defender Service
633 Indiana Avenue, N.W.
Washington, D.C. 20005

        Re: Subpoena (United States v. Pierre Lewis, Case No. 2005 FEL 4269) for CSOSA records relating to Franklin James, DCDC 233491

Dear Ms. Harden:

    This letter is in response to the subpoena served this afternoon on the Court Services and Offender Supervision Agency for the District of Columbia (CSOSA) for the production of records and documents pertaining to Franklin James for a May 9, 2007 trial at the Superior Court of the District of Columbia. As explained below, regulations applicable to CSOSA have been adopted under which CSOSA must make a determination on whether to comply with a subpoena or other demand for the production of documents.

    As a Federal agency, CSOSA has issued *Touhy* regulations that advise the public of the procedures that it follows in response to demands for testimony or documents in matters in which CSOSA is not a party. In United States ex rel. Touhy v. Ragen, 340 U.S. 462 (1951), the United States Supreme Court recognized the authority of an agency regulation that required agency approval prior to the production of government information by any employee. Relying on that case, federal executive branch agencies now routinely publish *Touhy* regulations that set forth their procedures for responding to demands for testimony or documents.

    The *Touhy* regulations, which appear at 68 Fed. Reg. 32985, 32993-4 (June 3, 2003) (provided to you through your process server), require CSOSA's General Counsel to approve all demands for documents or testimony in order to ensure compliance with the Privacy Act, other disclosure statutes (*e.g.*, 42 C.F.R. Part 2, drug and alcohol treatment records; D.C. Official Code §§ 7-1201.01 *et seq.*, D.C. Mental Health Information Act; and D.C. Official Code §§ 7-302 and 7-1605, HIV/AIDS/cancer confidentiality), and other applicable laws and regulations. Such approval must be provided prior to disclosure of any information sought by subpoena or other demand for the appearance of any person who is or was formerly an agency employee, or for the production of documents.

*633 Indiana Avenue, NW, Twelfth Floor, Washington, DC 20004*
*Voice: (202) 220-5355  Fax: (202) 220-5350*

The purposes underlying the regulations are clearly set forth in 28 C.F.R. 802.27 and include "[t]o conserve the time of the agency for conducting official business" and "to protect confidential, sensitive information and the deliberative processes of the agency." In general, they are meant to ensure that disclosure of agency information is in compliance with applicable law and that agency personnel and resources are used wisely and in an efficient manner. Please note that in the District of Columbia, the failure to secure approval under the *Touhy* regulations may act as a bar to enforcement of a state court subpoena. See Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211-12 & n. 4 (D.C. Cir. 1996) (noting that in a state tribunal the federal government is shielded by sovereign immunity, which prevents the state court from enforcing a subpoena and that only a federal court may entertain review of a decision under the agency's regulations to disallow testimony, which review is generally limited to an abuse of discretion standard).

Thus, when the agency is served with a subpoena, the reviewing office must gather the necessary information, coordinate with affected interests, and review applicable statutes and case law in order to make a determination on whether the agency should comply with the demand and, if so, under what conditions and circumstances. I am willing to assist you in obtaining the documents you seek provided it would not compromise the objectives underlying the regulations. The simplest way to achieve this would be for you to obtain proper releases from the person named in the subpoena. Toward that end, enclosed please find appropriate release forms that should be completed, signed and dated by Franklin James. Without such authorizations, CSOSA will be unable to comply with the demands given consideration of all the relevant factors listed under 28 C.F.R. § 802.27(d).[1]

If you should have any questions regarding the above, please feel free to contact me.

Sincerely,

Arthur A. Elkins
General Counsel

Enclosures

---

[1] 28 C.F.R. 802.27(d) provides: "To achieve the purposes noted in paragraphs (a)(1) through (6) of this section, the agency will consider factors such as the following in determining whether a demand should be complied with: (1) The Privacy Act, 5 U.S.C. 522a; (2) Department of Health and Human Services statute and regulations concerning drug and alcohol treatment programs found at 42 U.S.C. 290dd and 42 CFR 2.1 *et seq.*; (3) The Victims Rights Act, 42 U.S.C. 10606(b); (4) D.C. statutes and regulations; (5) Any other state or federal statute or regulation; (6) Whether disclosure is appropriate under the rules of procedure governing the case or matter in which the demand arose; (7) Whether disclosure is appropriate under the relevant substantive law concerning privilege; (8) Whether disclosure would reveal a confidential source or informant, unless the investigative agency and the source or informant have no objection; and (9) Whether disclosure would reveal investigatory records compiled for law enforcement purposes, and would interfere with enforcement proceedings or disclose investigative techniques and procedures the effectiveness of which would thereby be impaired."



# Court Services and Offender Supervision Agency for the District of Columbia

## COMMUNITY SUPERVISION SERVICES

### CONSENT FOR THE RELEASE OF SENSITIVE OFFENDER INFORMATION: MENTAL HEALTH TREATMENT*

I, _____, hereby consent to the release of the following information,
(Name of offender/defendant)

_____
(nature of information to be disclosed)

by _____ to _____.
(authorized person or organization recipient)

In authorizing this disclosure of mental health information, I understand that the information will be used for the purpose of _____, both now and in the future. I understand that I may permit _____ to release information that it obtains after the date of this authorization for a period of up to 60 calendar days. If I do not state below when this authorization expires, then it will expire 60 calendar days from the date that I signed this form. I understand that this information cannot be disclosed by the person or organization who receives it without my authorization and that the law requires this notice:

> *The unauthorized disclosure of mental health information violates the provisions of the District of Columbia Mental Health Information Act of 1978 (D.C. Official Code §§ 7-1201.01 – 7-1208.07). Disclosures may only be made pursuant to a valid authorization by the client or as provided in Titles III or IV that Act. The Act provides for civil damages and criminal penalties for violations.*

I understand that this consent may be revoked in writing by me except in connection with a life or health insurance policy under D.C. Official Code § 7-1202.02(a)(3). I also understand that I have a right to examine and review my mental health records. I understand that a copy of this waiver will be provided to me as well as the individual responsible for making the actual disclosure(s). I also understand that a copy of this waiver will be placed in my file.

Authorization for release of information expires on _____(date cannot exceed 60 days).

_____  _____
Signature of Offender or Defendant/Date Signed    Witnessed By/Date Signed

_____
Offender'/Defendant's Date of Birth

_____
Offender's/Defendant's DCDC Number

_____
Offender's/Defendant's PDID Number

\* "Mental health information" is information that indicates the identity of a person AND relates to the diagnosis or treatment of the person's mental or emotional condition. D.C. Official Code § 7-1201.01(9). Such information includes, among other things, sex offender treatment, anger management classes, and domestic violence treatment.

[CSOSA - MH/S.O.]

# PRIVACY ACT WAIVER

I, _____[name], hereby authorize and give my prior written consent pursuant to 5 U.S.C. § 552a(b) to any and all officers and employees of the Court Services and Offender Supervision Agency for the District of Columbia, to disclose information about me for use in [the litigation now pending in the _____ [name of court], _____ [ name of case], _____ [docket number]] to _____ [name of authorized recipient].

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of _____, 200_.

_____
[NAME OF SUBJECT]

PRIVACYACTwaiver.doc



**Court Services and Offender Supervision Agency for the District of Columbia**

**GENERAL CONSENT FOR THE RELEASE OF SENSITIVE OFFENDER INFORMATION: SUBSTANCE ABUSE TREATMENT**

I, _____, hereby consent to the release by
   (Name of offender)

_____ to _____

of the following information: _____

_____
(Nature of the information, as limited as possible)

_____

The purpose of and need for the disclosure is to _____

_____

_____

_____

This consent is subject to revocation at any time except to the extent that the entity or person which is to make the disclosure has already taken action in reliance on it. If not previously revoked, this consent will terminate

upon _____
      (specific date, event, or condition)

I also understand that any disclosure made as a result of this authorization is bound by Part 2 of Title 42 of the Code of Federal Regulations governing confidentiality of alcohol and other drug abuse patient records and that the recipient of this information may redisclose it only in connection with their official duties.

_____     _____
Signature of Offender/ Date Signed     Witnessed By/ Date Signed

_____
Offender's Date of Birth

_____
Offender's DCDC Number

_____
Offender's PDID Number

**[DRUG/ALCOHOL]**