UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>     v.<br><br>PIERRE LEWIS,<br><br>                Defendant. | Miscellaneous 07-00205 (HHK) |

**ORDER TO SHOW CAUSE**

No action has been taken in this matter since the filing of the original notice of removal on May 9, 2007. Accordingly, it is this 6th day of June, 2007, hereby

**ORDERED** that on or before June 22, 2007, counsel for movant Court Services & Supervision Agency shall show cause in writing why this matter should not be dismissed.

                                                    Henry H. Kennedy, Jr.
                                                    United States District Court Judge