**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**UNITED STATES,**

                **Plaintiff,**

       **v.**

**PIERRE LEWIS,**

                **Defendant.**

</td></tr>
</table>

**Miscellaneous 07-00205 (HHK)**

**ORDER OF DISMISSAL**

No action has been taken in this matter since the filing of the original notice of removal on May 9, 2007. On June 6, 2007, the court ordered counsel for movant, the Court Services & Supervision Agency for the District of Columbia, to show cause in writing, on or before June 22, 2007, why this matter should not be dismissed. This deadline has passed. Accordingly, it is this 4th day of September, 2007, hereby

      **ORDERED** that this matter is **DISMISSED**.


                Henry H. Kennedy, Jr.
                United States District Court Judge